FILED
JAN 09 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>429 West Shore Drive,<br>Belgrade, MT   59714 | MJ 19- 3 -M-JCL<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on a Complaint or Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 9th day of January, 2019.

JEREMIAH C. LYNCH
United States Magistrate Judge