FILED

JAN 15 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | |
|---|---|
| | MJ 19-3-M-JCL |
| 429 West Shore Drive, Belgrade, Montana 59714 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 15th day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

1